UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KENNETH C. PARKER,

                 Plaintiff,

  v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

                 Defendant.

Case No. 3:14-cv-05348-KLS

ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS

      Plaintiff's application to proceed *in forma pauperis* (ECF #1) is GRANTED. Plaintiff does not appear to have funds available to afford the $400.00 Court filing fee.

      DATED this 5th day of May, 2014.

                              Karen L. Strombom
                              United States Magistrate Judge

ORDER - 1