UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| KENNETH C. PARKER,<br><br>      Plaintiff,<br><br>      vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>      Defendant. | Civil No. 3:14-CV-05348-KLS<br><br><br><br>ORDER |

Based on the stipulation of the parties, it is hereby ORDERED that the Commissioner's final decision be reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. §405(g).  Upon remand to the Commissioner of Social Security, the Appeals Council will remand this case to an Administrative Law Judge (ALJ) to:

1) Consolidate the evidence from the February 2009 and August 2010 claims;

2) Comply with the District Court's November 2012 Order, including consideration of the 2010 opinions from Thomas Green, M.D., and J. Dalton, M.D.;

3) Reassess the claimant's residual functional capacity and provide rationale for the assessed limitations (*see* 20 C.F.R. § 404.1545 and Social Security Rulings (SSR) 96-6p and 96-8p);

Page 1     ORDER - [3:14-CV-05348-KLS]

4) Give further consideration to the claimant's credibility as required under 20 C.F.R. §§ 404.1529 and 416.929 and SSR 96-7p; and

5) If necessary, obtain supplemental vocational expert evidence at step five (20 C.F.R. §§ 404.1566 and 416.966 and SSRs 83-14 and 00-4p).

The ALJ will offer Plaintiff an opportunity for a hearing.  Plaintiff may also present new arguments and further medical evidence, if such evidence becomes available.

This case is reversed and remanded on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g).  Upon proper presentation, this Court will consider Plaintiff's application for attorney's fees and costs under 28 U.S.C. §§ 1920 and 2412(d).

DATED this 18th day of December, 2014.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ Brett E. Eckelberg
BRETT E. ECKELBERG
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-3748
Fax:  (206) 615-2531
brett.eckelberg@ssa.gov